UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| In re: | Case No. 13-16424 |
|---|---|
| Corrie J Pinkley | |
| Debtor(s) | |

**CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT**

Tom Vaughn, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 04/19/2013.

2) The plan was confirmed on 08/26/2013.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on NA.

4) The trustee filed action to remedy default by the debtor in performance under the plan on NA.

5) The case was dismissed on 12/15/2014.

6) Number of months from filing to last payment: 18.

7) Number of months case was pending: 23.

8) Total value of assets abandoned by court order: NA.

9) Total value of assets exempted: NA.

10) Amount of unsecured claims discharged without payment: $0.00.

11) All checks distributed by the trustee relating to this case have cleared the bank.

**UST Form 101-13-FR-S (09/01/2009)**

**Receipts:**

| | |
|---|---:|
| Total paid by or on behalf of the debtor | $5,344.44 |
| Less amount refunded to debtor | $301.36 |
| **NET RECEIPTS:** | **$5,043.08** |

**Expenses of Administration:**

| | |
|---|---:|
| Attorney's Fees Paid Through the Plan | $3,495.00 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $206.00 |
| Other | $0.00 |
| **TOTAL EXPENSES OF ADMINISTRATION:** | **$3,701.00** |

Attorney fees paid and disclosed by debtor:     $5.00

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| Accounts Receivable Ma | Unsecured | 602.00 | NA | NA | 0.00 | 0.00 |
| ACMC PHYSICIAN SERVICES | Unsecured | 1,092.00 | 1,108.94 | 1,108.94 | 0.00 | 0.00 |
| Aes | Unsecured | 1.00 | NA | NA | 0.00 | 0.00 |
| Aes | Unsecured | 1.00 | NA | NA | 0.00 | 0.00 |
| Aes Bank Of America | Unsecured | 1.00 | NA | NA | 0.00 | 0.00 |
| Aes Bank Of America | Unsecured | 1.00 | NA | NA | 0.00 | 0.00 |
| AES/PHEAA | Unsecured | 1.00 | NA | NA | 0.00 | 0.00 |
| AES/PHEAA | Unsecured | 1.00 | NA | NA | 0.00 | 0.00 |
| AES/PHEAA | Unsecured | 15,495.00 | NA | NA | 0.00 | 0.00 |
| Afni, Inc. | Unsecured | 610.00 | NA | NA | 0.00 | 0.00 |
| Afni, Inc. | Unsecured | 1,900.00 | NA | NA | 0.00 | 0.00 |
| AMERICAN FINANCE | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| AMERICAN FINANCE | Secured | NA | 1,899.73 | 1,899.73 | 943.89 | 77.14 |
| AMERICAS FINANCIAL CHOICE | Unsecured | 602.00 | NA | NA | 0.00 | 0.00 |
| AT & T | Unsecured | NA | 86.48 | 86.48 | 0.00 | 0.00 |
| Bank of America | Unsecured | 800.00 | NA | NA | 0.00 | 0.00 |
| Bay Area Credit Servic | Unsecured | 485.00 | NA | NA | 0.00 | 0.00 |
| CCS/FIRST SAVINGS BANK | Unsecured | 1.00 | NA | NA | 0.00 | 0.00 |
| CITY OF CHICAGO DEPT OF REVENU | Unsecured | 4,000.00 | 5,124.10 | 5,124.10 | 0.00 | 0.00 |
| Collect Sys | Unsecured | 7,042.00 | NA | NA | 0.00 | 0.00 |
| Collect Sys | Unsecured | 3,075.00 | NA | NA | 0.00 | 0.00 |
| Collect Sys | Unsecured | 1,338.00 | NA | NA | 0.00 | 0.00 |
| Collect Sys | Unsecured | 1,290.00 | NA | NA | 0.00 | 0.00 |
| Crd Prt Asso | Unsecured | 2,611.00 | NA | NA | 0.00 | 0.00 |
| DEPENDON COLLECTION SE | Unsecured | 404.00 | NA | NA | 0.00 | 0.00 |
| DEPT OF EDUCATION/SALLIE MAE | Unsecured | 2,337.00 | NA | NA | 0.00 | 0.00 |
| DEPT OF EDUCATION/SALLIE MAE | Unsecured | 2,071.00 | NA | NA | 0.00 | 0.00 |
| DEPT OF EDUCATION/SALLIE MAE | Unsecured | 1,216.00 | NA | NA | 0.00 | 0.00 |
| DIVERSIFIED COLLECTION SERV | Unsecured | 125.00 | NA | NA | 0.00 | 0.00 |
| EC2N TRUST | Unsecured | NA | 669.44 | 669.44 | 0.00 | 0.00 |
| EDFINANCIAL SERVICES | Unsecured | 1,311.00 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (09/01/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| EDFINANCIAL SERVICES | Unsecured | 1.00 | NA | NA | 0.00 | 0.00 |
| Edfinsvcs | Unsecured | 1,480.00 | NA | NA | 0.00 | 0.00 |
| ENHANCED RECOVERY CO L | Unsecured | 509.00 | NA | NA | 0.00 | 0.00 |
| ESCALLATE LLC | Unsecured | 459.00 | NA | NA | 0.00 | 0.00 |
| ESCALLATE LLC | Unsecured | 276.00 | NA | NA | 0.00 | 0.00 |
| ESCALLATE LLC | Unsecured | 237.00 | NA | NA | 0.00 | 0.00 |
| ESCALLATE LLC | Unsecured | 253.00 | NA | NA | 0.00 | 0.00 |
| HARRIS & HARRIS | Unsecured | 716.00 | NA | NA | 0.00 | 0.00 |
| HARRIS & HARRIS | Unsecured | 713.00 | NA | NA | 0.00 | 0.00 |
| HERITAGE ACCEPTANCE CORP | Secured | NA | 6,537.12 | 6,537.12 | 0.00 | 0.00 |
| HERITAGE ACCEPTANCE CORP | Unsecured | NA | NA | 6,537.12 | 0.00 | 0.00 |
| ILLINOIS BELL TELEPHONE CO | Unsecured | 127.00 | 126.97 | 126.97 | 0.00 | 0.00 |
| ILLINOIS COLLECTION SE | Unsecured | 300.00 | NA | NA | 0.00 | 0.00 |
| ILLINOIS COLLECTION SE | Unsecured | 420.00 | NA | NA | 0.00 | 0.00 |
| ILLINOIS COLLECTION SE | Unsecured | 99.00 | NA | NA | 0.00 | 0.00 |
| ILLINOIS COLLECTION SE | Unsecured | 1,009.00 | NA | NA | 0.00 | 0.00 |
| ILLINOIS DEPT OF REVENUE | Unsecured | NA | 62.10 | 62.10 | 0.00 | 0.00 |
| ILLINOIS DEPT OF REVENUE | Priority | 1,200.00 | 321.05 | 321.05 | 321.05 | 0.00 |
| INTERNAL REVENUE SERVICE | Unsecured | NA | 41.58 | 0.00 | 0.00 | 0.00 |
| INTERNAL REVENUE SERVICE | Priority | 985.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| ISAC | Unsecured | 2,838.00 | 2,917.72 | 2,917.72 | 0.00 | 0.00 |
| MCSI INC | Unsecured | 250.00 | NA | NA | 0.00 | 0.00 |
| MCSI INC | Unsecured | 250.00 | NA | NA | 0.00 | 0.00 |
| MCSI INC | Unsecured | 200.00 | NA | NA | 0.00 | 0.00 |
| MCSI INC | Unsecured | 150.00 | NA | NA | 0.00 | 0.00 |
| MCSI INC | Unsecured | 200.00 | NA | NA | 0.00 | 0.00 |
| MCSI INC | Unsecured | 200.00 | NA | NA | 0.00 | 0.00 |
| MCSI INC | Unsecured | 100.00 | NA | NA | 0.00 | 0.00 |
| MCSI INC | Unsecured | 100.00 | NA | NA | 0.00 | 0.00 |
| MCSI INC | Unsecured | 100.00 | NA | NA | 0.00 | 0.00 |
| MCSI INC | Unsecured | 100.00 | NA | NA | 0.00 | 0.00 |
| MERCHANTS CREDIT GUIDE CO | Unsecured | 55.00 | NA | NA | 0.00 | 0.00 |
| MERCHANTS CREDIT GUIDE CO | Unsecured | 55.00 | NA | NA | 0.00 | 0.00 |
| MERCHANTS CREDIT GUIDE CO | Unsecured | 55.00 | NA | NA | 0.00 | 0.00 |
| MERCHANTS CREDIT GUIDE CO | Unsecured | 55.00 | NA | NA | 0.00 | 0.00 |
| MERCHANTS CREDIT GUIDE CO | Unsecured | 55.00 | NA | NA | 0.00 | 0.00 |
| Metaindigo | Unsecured | 1.00 | NA | NA | 0.00 | 0.00 |
| METROSOUTH MEDICAL CENTER | Unsecured | NA | 1,092.00 | 1,092.00 | 0.00 | 0.00 |
| Midland Funding | Unsecured | 956.00 | NA | NA | 0.00 | 0.00 |
| Miramedrg (Original Creditor:Medical) | Unsecured | 850.00 | NA | NA | 0.00 | 0.00 |
| MOMA FUNDING LLC | Unsecured | 1,390.00 | 1,390.98 | 1,390.98 | 0.00 | 0.00 |
| MRSI | Unsecured | 230.00 | NA | NA | 0.00 | 0.00 |
| NCO FINANCIAL SYSTEMS | Unsecured | 285.00 | NA | NA | 0.00 | 0.00 |
| NCO FINANCIAL SYSTEMS | Unsecured | 708.00 | NA | NA | 0.00 | 0.00 |
| NCO FINANCIAL SYSTEMS | Unsecured | 284.00 | NA | NA | 0.00 | 0.00 |
| Northeast Credit & C | Unsecured | 203.00 | NA | NA | 0.00 | 0.00 |
| PALISADES | Unsecured | NA | 1,146.88 | 1,146.88 | 0.00 | 0.00 |
| PHEAA | Unsecured | 18,991.00 | 29,180.48 | 29,180.48 | 0.00 | 0.00 |
| PLAINS COMMERCE BANK | Unsecured | 1.00 | NA | NA | 0.00 | 0.00 |
| PREMIER BANK CARD | Unsecured | 377.00 | 376.77 | 376.77 | 0.00 | 0.00 |
| Receivables Performanc | Unsecured | 124.00 | NA | NA | 0.00 | 0.00 |
| RJM AQUISITIONS FUNDING | Unsecured | NA | 84.37 | 84.37 | 0.00 | 0.00 |
| SALLIE MAE | Unsecured | 2,539.00 | 2,861.93 | 2,861.93 | 0.00 | 0.00 |
| SENEX SERVICES | Unsecured | 178.00 | NA | NA | 0.00 | 0.00 |
| SENEX SERVICES | Unsecured | 104.00 | NA | NA | 0.00 | 0.00 |
| Southern Management | Unsecured | 2,290.00 | NA | NA | 0.00 | 0.00 |
| SPRINT | Unsecured | 797.00 | 732.12 | 732.12 | 0.00 | 0.00 |
| ST IL TOLLWAY AUTHORITY | Unsecured | 1.00 | NA | NA | 0.00 | 0.00 |
| STARLA VEAL | Priority | 0.00 | NA | NA | 0.00 | 0.00 |
| TCF | Unsecured | 800.00 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (09/01/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| TITLEMAX OF ILLINOIS | Unsecured | 545.00 | NA | NA | 0.00 | 0.00 |
| United Collect Bur Inc | Unsecured | 81.00 | NA | NA | 0.00 | 0.00 |
| United Collect Bur Inc | Unsecured | 79.00 | NA | NA | 0.00 | 0.00 |
| United Collect Bur Inc | Unsecured | 68.00 | NA | NA | 0.00 | 0.00 |
| US DEPT OF ED SALLIE MAE | Unsecured | 4,646.00 | 16,222.46 | 16,222.46 | 0.00 | 0.00 |
| USA FUNDS | Unsecured | 1,979.00 | NA | NA | 0.00 | 0.00 |
| USA FUNDS | Unsecured | 1,082.00 | NA | NA | 0.00 | 0.00 |
| VAN RU CREDIT | Unsecured | 4,508.00 | NA | NA | 0.00 | 0.00 |
| Winick Russel | Unsecured | 6,600.00 | NA | NA | 0.00 | 0.00 |

**Summary of Disbursements to Creditors:**

| | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $0.00 | $0.00 |
| Mortgage Arrearage | $0.00 | $0.00 | $0.00 |
| Debt Secured by Vehicle | $1,899.73 | $943.89 | $77.14 |
| All Other Secured | $6,537.12 | $0.00 | $0.00 |
| **TOTAL SECURED:** | **$8,436.85** | **$943.89** | **$77.14** |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $321.05 | $321.05 | $0.00 |
| **TOTAL PRIORITY:** | **$321.05** | **$321.05** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS:** | **$69,720.86** | **$0.00** | **$0.00** |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration | $3,701.00 |
| Disbursements to Creditors | $1,342.08 |
| **TOTAL DISBURSEMENTS:** | **$5,043.08** |

**UST Form 101-13-FR-S (09/01/2009)**

     12)  The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated: 03/17/2015                        By: /s/ Tom Vaughn
                                                        Trustee

**STATEMENT**:  This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (09/01/2009)**